RECEIVED
JAN 25 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| DEMARCUS WILLIAMSON<br>Plaintiff,<br><br>v.<br><br>MAXIMUS EDUCATION, LLC., d/b/a<br>AIDVANTAGE<br>Defendant. | )<br>)<br>)<br>) Case No. 4-22-cv-32<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff DeMarcus Williamson an individual consumer, against Defendant, Maximus Education, LLC., d/b/a Aidvantage for violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 et seq. (hereinafter "FCRA").

### II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. § 1681(p) and 28 U.S.C. § 1331. Venue in this District is proper in that the Defendant transacts business in the city of West Des Moines, Polk County, Iowa, and the conduct complained of occurred in West Des Moines, Iowa.

### III. PARTIES

3. Plaintiff DeMarcus Williamson (hereinafter "Mr. Williamson") is a natural person residing in West Des Moines, Polk County, Iowa. Mr. Williamson is a consumer as defined by the Fair Credit Reporting Act, 15 U.S.C. §1681a, (b) and (c).

4. Upon information and belief, Defendant Maximus Education, LLC., is a Delaware corporation duly authorized and qualified to do business in the State of Iowa.

5. Upon information and belief, Maximus Education, LLC., is a Delaware corporation with its principal place of business located at 1891 Metro Center Drive, Reston, VA 20190.

6. Defendant Maximus Education, LLC., d/b/a Aidvantage is a "furnisher of information" within the meaning of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2.

7. Defendant Maximus Education, LLC., d/b/a Aidvantage is a furnisher of information to Trans Union, Equifax and Experian, "consumer reporting [agencies] that compiles and maintains files on consumers on a nationwide basis" as defined by 15 U.S.C. § 1681a(p).

### IV.     FACTS OF THE COMPLAINT

### FCRA CLAIM

8. On or about June 2022, with Equifax and Trans Union, Mr. Williamson disputed the completeness and accuracy of the items of information being reported and Maximus Education, LLC., d/b/a Aidvantage has communicated with the consumer reporting agencies several times without communicating that the debt was disputed. As of December 2022, the accounts still aren't notated as disputed.

## FCRA CLAIM

9. On or about September 12, 2022, Plaintiff Mr. Williamson reviewed his credit reports from Equifax and Trans Union, and saw false and materially misleading information and was denied credit from Apple and Pentagon Federal Credit Union, and is paying for gas to drive to the library to print disputes and for stamps to mail out disputes.

10. On the Trans Union credit report, Mr. Williamson observed trade lines from Maximus Education, LLC., d/b/a Aidvantage: #98322017021E0012010****, #98322017021E0022010****, #98322017021E0032011****, #98322017021E0042010****, #98322017021E0052010****, #98322017021E0062011****, #98322017021E0072012****, #98322017021E0082012****, #98322017021E0092013****, #98322017021E0102014****, #98322017021E0112014****, and #98322017021E0122015****.

11. On the Equifax credit report, Mr. Williamson observed trade lines from Maximus Education, LLC., d/b/a Aidvantage: *0150, *0141, *0131, *0120, *0120, *0110, *0100, *0110, *0100, and *0100.

12. The trade line information furnished by Maximus Education, LLC., d/b/a Aidvantage to consumer reporting agencies on Plaintiff's consumer reports is false, inaccurate and unverifiable.

13. On or about June 2022, Plaintiff mailed a letter to Trans Union LLC ("TransUnion"), and Equifax Information Services LLC ("Equifax") to dispute the completeness and accuracy of the information furnished by Defendants pursuant to 15 U.S.C. § 1681i(a).

14. On or about July 6, 2022, July 21, 2020, and July 28, 2022, Plaintiff received re-investigation results from Trans Union and on or about October 31, 2022, Plaintiff received re-investigation results from Equifax, where Maximus Education, LLC., d/b/a Aidvantage falsely verified the information but didn't give account level documentation on the late payments and the account in general i.e., contracts, applications etc., pursuant to 15 U.S.C. § 1681s-2(b)(1) failed to conduct a reasonable re-investigation.

15. Upon information and belief, Trans Union and Equifax sent a dispute communicating to Maximus Education, LLC., d/b/a Aidvantage providing all relevant disputed information.

16. Maximus Education, LLC., d/b/a Aidvantage publishing of such inaccurate and incomplete information has severely damaged the personal and credit reputation of Mr. Williamson and caused severe humiliation, emotional distress, mental anguish, denial of credit, actual money and damage to his FICO scores.

17. Maximus Education, LLC., d/b/a Aidvantage conduct, actions and inactions were willful, rendering Maximus Education, LLC., d/b/a Aidvantage liable for actual damages, punitive damages and litigation cost for Defendants' willful acts pursuant to 15 U.S.C. § 1681n.

## V. FIRST CLAIM FOR RELIEF
### Maximus Education, LLC., d/b/a Aidvantage
### 15 U.S.C. § 1681s-2(b)(1)(A)

18. Plaintiff re-alleges, and incorporates by reference, paragraphs one through 17 above.

19. Defendant have violated 15 U.S.C. § 1681s-2(b)(1)(A) in that they failed to have the documentation on the late payments and all account level documentation but reported to the Consumer Reporting Agencies.

20. Defendant caused injury in fact, by causing, among other effects, mental and emotional distress, damage to credit reputation, and resulting in credit damages to Plaintiff.

21. Defendant conduct was negligent and/or willful.

22. Plaintiff is entitled to actual damages, punitive damages and litigation costs for Defendant willful acts pursuant to 15 U.S.C. § 1681n.

23. Alternatively, Plaintiff is entitled to actual damages, and litigation costs if Defendant violations are negligent, pursuant to 15 U.S.C. §1681o.

## VI.   SECOND CLAIM FOR RELIEF
### Maximus Education, LLC., d/b/a Aidvantage
### 15 U.S.C. §1681s-2(b)(1)(B)

24. Plaintiff re-alleges, and incorporates by reference, paragraphs one through 23 above.

25. Defendant violated 15 U.S.C. § 1681s-2(b)(1)(B) by failing to consider all relevant information forwarded to them by the consumer reporting agencies, including Equifax, Experian and TransUnion, and to notate the disputed information as disputed to Equifax, Experian and TransUnion and failed to produce account level documentation i.e. contacts and applications etc.,

26. Defendant caused injury in fact, by causing, among other things, mental and emotional distress, damage to Plaintiff credit reputation and rating, and other injuries and damages to Plaintiff.

27. Defendant conduct was negligent and/or willful.

28. Plaintiff is entitled to recover actual damages, punitive damages and costs pursuant 15 U.S.C. § 1681n.

29. Alternatively, Plaintiff is entitled to actual damages, costs if the violation is negligent, pursuant to 15 U.S.C. §1681o.

## VII.   THIRD CLAIM FOR RELIEF
### Maximus Education, LLC., d/b/a Aidvantage
### 15 U.S.C. §1681s-2(b)(1)(C)

30. Plaintiff re-alleges, and incorporates by reference, paragraphs one through 29 above.

31. Defendant violated 15 U.S.C. § 1681s-2(b)(1)(C) by failing to report accurate information to the consumer reporting agencies after the dispute.

32. Defendant caused injury in fact, by causing, among other effects, mental and emotional distress, damage to credit reputation, and resulting in credit damages to Plaintiff.

33. Defendant conduct was negligent and/or willful.

34. Plaintiff is entitled to recover actual damages, punitive damages and costs pursuant to 15 U.S.C. § 1681n.

35. Alternatively, Plaintiff is entitled to actual damages, costs of the violation is negligent, pursuant to 15 U.S.C. §1681o.

### VIII.  FOURTH CLAIM FOR RELIEF
### Maximus Education, LLC., d/b/a Aidvantage
### 15 U.S.C. §1681s-2(b)(1)(D)

36. Plaintiff re-alleges, and incorporates by reference, paragraphs one through 35 above.

37. Defendant violated 15 U.S.C. § 1681s-2(b)(1)(D) by failing to report accurate information to the consumer reporting agencies after a dispute.

38. Defendant caused injury in fact, by causing, among other effects, mental and emotional distress, damage to credit reputation, and resulting in credit damages to Plaintiff.

39. Defendant conduct was negligent and/or willful.

40. Plaintiff is entitled to recover actual damages, punitive damages and costs pursuant 15 U.S.C. § 1681n.

41. Alternatively, Plaintiff is entitled to recover actual damages and costs of the violation is negligent, pursuant to 15 U.S.C. §1681o.

### IX. FIFTH CLAIM FOR RELIEF
### Maximus Education, LLC., d/b/a Aidvantage
### 15 U.S.C. §1681s-2(b)(1)(E)

42. Plaintiff re-alleges, and incorporates by reference, paragraphs one through 41 above.

43. Defendant has violated 15 U.S.C. § 1681s-2(b)(1)(E) by failing to have a procedure to modify the information in their system and report substantial disputed information with consumer reporting agencies with account level documentation.

44. Defendant caused injury in fact, by causing, among other effects, mental and emotional distress, damage to credit reputation, and resulting in credit damages to Plaintiff.

45. Defendant conduct was negligent and/or willful.

46. Plaintiff is entitled to recover actual damages, punitive damages, costs and pursuant 15 U.S.C. § 1681n.

47. Alternatively, Plaintiff is entitled to recover actual damages and costs of the violation is negligent, pursuant to 15 U.S.C. §1681o.

48. Alternatively, Plaintiff is entitled to actual damages, and costs if the violation is negligent, pursuant to 15 U.S.C. §1681n.

### XI.             JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Mr. Williamson respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Maximus Education, LLC., d/b/a Aidvantage for:

A. Judgment for the violations occurred for violating the FCRA;

B. Actual damages pursuant to 15 U.S.C 1681o(a)(1);

C. Statutory and punitive damages pursuant to 15 U.S.C 1681n(a)(1)(A);

D. Cost pursuant to 15 USC § 1681n(a)(3);

E. For such other and further relief, that the Court may deem just and proper.

Respectfully submitted:

_/s/ DeMarcus Williamson_
DeMarcus Williamson
1173 Prairie View Drive Apt 73208
West Des Moines, IA 50266
(515) 689-7784
demarcus.williamson11@yahoo.com
*Pro Se*

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
DEMARCUS WILLIAMSON

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
MAXIMUS EDUCATION, LLC., d/b/a AIDVANTAGE

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [x] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | |
| | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| | | | | [ ] 863 DIWC/DIWW (405(g)) | |
| | | | | [ ] 864 SSID Title XVI | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1681

Brief description of cause:
Defendant is reporting false information

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ _____
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: January 25, 2023

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____